IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:10cr344 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BEATRIZ JIMINEZ-DURAN, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that, the Defendant's Unopposed Motion to Continue Trial (Filing No. 26) is granted.  Jury trial for the defendant, Beatriz Jiminez-Duran, is rescheduled before the undersigned in Courtroom No. 4, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **December 6, 2010 at 1:30 p.m.**  Since this is a criminal case, the defendant shall be present, unless excused  by the court.  If an interpreter is required, one must be requested by the plaintiff in writing five (5) days in advance of the scheduled hearing.

The ends of justice will be served by granting the defendant's motion for a continuance, and outweigh the interests of the public and the defendant in a speedy trial.  The additional time arising from the date of trial to the newly scheduled trial date, namely, **November 30, 2010, through December 6, 2010,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act, for the reason that defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel and the novelty and complexity of this case, and the failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 24th  day of November, 2010

BY THE COURT:


s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge